IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-049-RJC-DCK

| | |
|---|---|
| TRAVON ANTONIO PETTY, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CUNNINGHAM FIELD & RESEARCH, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Megan Sadler, concerning Karen Judith Lane on March 11, 2013. Ms. Lane seeks to appear as counsel *pro hac vice* for Defendant Cunningham Field & Research. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Ms. Lane is hereby admitted *pro hac vice* to represent Defendant Cunningham Field & Research.

**SO ORDERED**.

Signed: March 11, 2013

David C. Keesler
United States Magistrate Judge