IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-049-RJC-DCK

| | |
|---|---|
| TRAVON ANTONIO PETTY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CUNNINGHAM FIELD & RESEARCH, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Stay Initial Attorney's Conference" (Document No. 11) filed March 31, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Stay Initial Attorney's Conference" (Document No. 11) is **GRANTED.**

**IT IS FURTHER ORDERED** that the parties shall have until fourteen (14) days after Defendants file their Answer to the Plaintiff's Amended Complaint to conduct Initial Attorney's Conference.

Signed: April 3, 2013

David C. Keesler
United States Magistrate Judge