IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-049-RJC-DCK

| TRAVON ANTONIO PETTY, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CUNNINGHAM FIELD & RESEARCH, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 21) notifying the Court that the parties reached a settlement prior to the mediation. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **September 28, 2013**.

Signed: August 28, 2013

David C. Keesler
United States Magistrate Judge